# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 1, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No.   14-1307,      <u>Martin Patrick Sheehan v. Karl Warner</u>
                    1:13-cv-00165-IMK, 1:10-00888, 1:10-00100

TO:   Edward R Kohout

FILING CORRECTION DUE: August 1, 2014

Please make the correction identified below and file a corrected document by the date indicated.

[ ] Document was illegible, incomplete, or incorrect. Please correct as described and refile:.

[ ] Incorrect event used. Please refile document using.

[ ] Incorrect filer selected. Please refile document, selecting correct filer.

[ ] PDF file is incompatible with CM/ECF. Please correct and refile the document.

[X] **Brief is not text-searchable. Please refile brief as a text-searchable PDF.**

[ ] The court will enter an appearance only for counsel who have registered for electronic filing. Please register at **www.ca4.uscourts.gov** and refile document.

[ ] The court will enter an appearance only for counsel who are members in good standing of the court's bar. To apply for membership, submit an **application for admission** to practice.

Richard H. Sewell, Deputy Clerk
804-916-2702